UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STACY LAVELL STATEN #509176,   Case No. 2:18-cv-00043

    Plaintiff,   Hon. Gordon J. Quist
                                               U.S. District Judge
v.

BIENVENIDO CANLAS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Stacey Lavell Staten filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Canlas, Damron, Buchannan and Headley. On November 5, 2018, a "Suggestion of Death" was filed indicating that Plaintiff died from a gunshot wound on May 27, 2018. (ECF No. 13.) A Notice of the Suggestion of Death was sent via certified mail to Plaintiff's father.

Rule 25(a)(1) of the Federal Rules of Civil Procedure provides that if a motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Here, no motion for substitution has been filed within the time required by law. Accordingly, it is recommended that this case be dismissed pursuant to Fed. R. Civ. P. 25(a)(1).

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).  Failure to file timely objections

constitutes a waiver of any further right to appeal.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated: May 20, 2019

                                                  /s/ *Maarten Vermaat*
                                          MAARTEN VERMAAT
                                          U.S. MAGISTRATE JUDGE