UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STACY LAVELL STATEN #509176,

    Plaintiff,

v.

BIENVENIDO CANLAS, et al.,

    Defendants.
_____/

Case No. 2:18-CV-43

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's May 20, 2019, Report and Recommendation recommending that the Court dismiss this case pursuant to Federal Rule of Civil Procedure 25(a)(1), as no motion for substitution was filed within the time provided by law. The Report and Recommendation was duly served Plaintiff at his last known address on May 20, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the May 20, 2019, Report and Recommendation (ECF No. 18) is approved and adopted as the Opinion of the Court. This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 25(a)(1).

This case is concluded.

A separate judgment will enter.

Dated: June 13, 2019                          /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE